IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**LORIA BLAIR,**

    **Plaintiff,**

vs.                                              1:07CV242-MMP/AK

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendant.**
_____/

**O R D E R**

Presently before the Court is Defendant's Motion to Supplement Administrative Record, which is unopposed. (Doc. 22). Having considered said motion, the Court finds that it should be **GRANTED**, and the supplemental transcript (doc. 23) accepted for filing.

**DONE AND ORDERED** this **24th** day of July, 2008.

                                             *s/ A. KORNBLUM*
                                             **ALLAN KORNBLUM**
                                             **UNITED STATES MAGISTRATE JUDGE**