IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LORIA BLAIR,

    Plaintiff,

v.                                                CASE NO. 1:07-cv-00242-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 27, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be affirmed. The time for filing objections has passed, and none have been filed. The Court agrees that Plaintiff was advised of her right to representation by several notices and again by the ALJ at the hearing, but she chose to go forward; that there was no prejudice from either her lack of representation or the briefness of the hearing; and the medical evidence supported the ALJ's finding that she had no nonexertional impairments. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    The decision of the Commissioner, denying benefits, is affirmed.

    **DONE AND ORDERED** this _23rd_ day of September, 2009



                                            *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge